BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
BENSON, BERTOLDO, BAKER & CARTER, CHTD.
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone Number: (702) 228-2600
Fax Number: (702) 228-2333
Email Address: carter@bensonlawyers.com
Attorney for Plaintiff

```
                    FILED        RECEIVED
                    ENTERED      SERVED ON
                             COUNSEL/PARTIES OF RECORD

                    DEC 1 3 2011

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
             BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAWN EUBANKS,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN RESORTS LIMITED HEALTH PLAN, a Nevada corporation; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-01099-ECR-PAL |

### STIPULATION AND ORDER TO DISMISS

COME NOW Plaintiff DAWN EUBANKS and Defendant WYNN RESORTS LIMITED HEALTH PLAN, by and through their undersigned counsel and hereby provide

///

///

notice that the parties have reached an equitable resolution of this matter. Therefore, the parties stipulate to Dismiss the above-captioned matter with prejudice.

Dated this ____ day of November, 2011.

BENSON, BERTOLDO, BAKER & CARTER, CHTD.

BY: _____
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Plaintiff

BROWNSTEIN, HYATT, FARBER
SCHRECK, L.L.P.

BY: _____
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Attorneys for Defendant

IT IS SO ORDERED this 13 day of Dec., 2011.

_____
UNITED STATES DISTRICT JUDGE