BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
BENSON, BERTOLDO, BAKER & CARTER, CHTD.
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone Number: (702) 228-2600
Fax Number: (702) 228-2333
Email Address: carter@bensonlawyers.com
Attorney for Plaintiff

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

        DEC 1 3 2011

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DAWN EUBANKS, | ) | |
| | ) | |
| Plaintiff, | ) CASE NO.: | 2:11-cv-01099-ECR-PAL |
| | ) | |
| vs. | ) | |
| | ) | |
| WYNN RESORTS LIMITED HEALTH | ) | |
| PLAN, a Nevada corporation; and | ) | |
| ROE BUSINESS ENTITIES I through X, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO DISMISS**

COME NOW Plaintiff DAWN EUBANKS and Defendant WYNN RESORTS LIMITED HEALTH PLAN, by and through their undersigned counsel and hereby provide

///

///

notice that the parties have reached an equitable resolution of this matter. Therefore, the parties stipulate to Dismiss the above-captioned matter with prejudice.

Dated this ____ day of November, 2011.

BENSON, BERTOLDO, BAKER & CARTER, CHTD.

BY: _____
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Plaintiff

BROWNSTEIN, HYATT, FARBER
SCHRECK, L.L.P.

BY: _____
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Attorneys for Defendant

IT IS SO ORDERED this 13 day of Dec., 2011.

_____
UNITED STATES DISTRICT JUDGE